IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PORSCHA DILLARD, individually and on behalf all others similarly situated,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>ORDER EXPRESS, INC.,<br><br>　　　　　Defendant. | Case No. 1:22-cv-07217 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Porscha Dillard ("Plaintiff") hereby voluntarily dismisses this action in its entirety, without prejudice, with each party to bear its own attorneys' fees and costs.

　DATED this 24th day of February 2023.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/*Gary E. Mason*
　　　　　　　　　　　　　　　　　　Gary E. Mason
　　　　　　　　　　　　　　　　　　Danielle L. Perry
　　　　　　　　　　　　　　　　　　Lisa A. White
　　　　　　　　　　　　　　　　　　**MASON LLP**
　　　　　　　　　　　　　　　　　　5101 Wisconsin Ave. NW, Suite 305
　　　　　　　　　　　　　　　　　　Washington, DC 20016
　　　　　　　　　　　　　　　　　　Telephone: 202.429.2290
　　　　　　　　　　　　　　　　　　gmason@masonllp.com
　　　　　　　　　　　　　　　　　　dperry@masonllp.com
　　　　　　　　　　　　　　　　　　lwhite@masonllp.com
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff(s) and the proposed Class*

　　　　　　　　　　　　　　　　　　Theodore B. Bell (IL Bar No. 6273743)
　　　　　　　　　　　　　　　　　　**MASON LLP**
　　　　　　　　　　　　　　　　　　8045 Kenneth Ave.
　　　　　　　　　　　　　　　　　　Skokie, IL 60076
　　　　　　　　　　　　　　　　　　Telephone: 202.640.1169

2

tbell@masonllp.com

*Local Counsel for Plaintiff(s) and the proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, I caused a true and correct copy of the foregoing **Notice of Voluntary Dismissal** to be electronically filed via this Court's CM/ECF System, which will serve all counsel of record.

By: */s/ Gary E. Mason*